DAVID R. JOHNSON
Nevada Bar No. 006696
JARED M. SECHRIST
Nevada Bar No. 010439
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV  89169
Telephone:     (702) 789-3100
Facsimile:      (702) 822-2650
Email: djohnson@wthf.com
Email: jsechrist@wthf.com

CHRISTOPHER E. THORSEN, ESQ. (Appearing *Pro Hac Vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone:  (615) 252-2328
Facsimile:   (615) 252-6328
Email: cthorsen@babc.com

Attorneys for Proposed Intervenor
LPP Mortgage Ltd.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEAZER HOMES HOLDING CORP.,<br><br>             Plaintiff,<br><br>vs.<br><br>CW CAPITAL FUND ONE, LLC;<br>CORONADO WEST, INC.; and NEW<br>SOUTH FEDERAL SAVINGS BANK,<br><br>             Defendants. | Case No. 2:09-CV-02089-RCJ-LRL<br><br>**ORDER ON EMERGENCY, AMENDED AND RESTATED MOTION TO INTERVENE BY LPP MORTGAGE LTD.**<br><br>Action Filed     October 29, 2009<br>Trial Date:       November 16, 2010<br>Judge:            Hon. Robert C. Jones |

WHEREFORE, the Court is in receipt of the *Emergency, Amended And Restate Motion To Intervene By LPP Mortgage Ltd.* [ECF/Pacer Doc. Nos. 43 and 44] ("Amended Motion"), filed on May 24, 2010 by proposed Intervenor LPP Mortgage Ltd. ("LPP"), and

WHEREFORE, the Court has considered the Amended Motion on shortened time pursuant to LR 6-1, and

1   THEREFORE, based upon the grounds set forth in LPP's Amended Motion, and good
2 cause therefore appearing, the Court hereby orders that the Amended Motion is granted and LPP
3 is entitled to intervene in this action by filing a *Complaint In Intervention*.

5   IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 18, 2010