MORRIS PETERSON
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, No. 9401
Email: rdg@morrislawgroup.com
Raleigh C. Thompson, No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for New South Federal
Savings Bank and the Federal Deposit
Insurance Corporation, as Receiver for
New South Federal Savings Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEAZER HOMES HOLDING CORP., | Case No. 2:09-cv-02089-RCJ-LRL |
| Plaintiff, | |
| vs. | **MOTION TO SUBSTITUTE FDIC, AS RECEIVER FOR NEW SOUTH FEDERAL SAVINGS BANK** |
| CW CAPITAL FUND ONE, LLC; CORONADO WEST, INC.; and NEW SOUTH FEDERAL SAVINGS BANK, | |
| Defendants. | |

The Federal Deposit Insurance Corporation ("FDIC"), in its capacity as Receiver for defendant New South Federal Savings Bank ("New South"), moves

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

to substitute the FDIC as defendant for and in the place of New South. This motion is made pursuant to Nev. R. Civ. P. 25(c) and 12 U.S.C. § 1821(d).

MORRIS PETERSON

By /s/ _____
Robert McCoy, No. 9121
Rex D. Garner, No. 9401
Raleigh C. Thompson, No. 11296
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for New South Federal Savings Bank and the Federal Deposit Insurance Corporation, as Receiver for New South Federal Savings Bank

## POINTS AND AUTHORITIES

### I.   INTRODUCTION

On December 18, 2009, the Office of Thrift Supervision[1] closed defendant New South Federal Savings Bank ("New South") and appointed the FDIC as Receiver for it. The FDIC accepted the appointment that same day. A copy of the Office of Thrift Supervision's letter appointing the FDIC as Receiver is attached as Exhibit A, and a copy of the FDIC's acceptance of the appointment is attached as Exhibit B. As a result of this appointment, the FDIC has, as a matter of federal law, succeeded to "all rights, titles, powers, and privileges" of the failed institution and may "take over the assets of and operate" the failed institution with all the powers thereof. 12 U.S.C. §§ 1821(d)(2)(A)(i) and 1821(d)(2)(B)(i). This includes the resolution of outstanding claims against the institution in receivership. 12 U.S.C. § 1821(d)(3). Accordingly, the FDIC is the party against

---

[1] The Office of Thrift Supervision, an office within the United States Department of the Treasury, is the United States' federal bank regulator.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

whom the claims sought by the plaintiff must be asserted and the party who may assert counterclaims or other affirmative claims against the parties in this case.

## II. ARGUMENT

### A. This Court Should Enter an Order Substituting the FDIC as a Defendant for New South Federal Savings Bank.

Because the FDIC is the proper defendant with regard to plaintiff's claims, the FDIC should be substituted as a defendant in the place of New South. *O'Melveny & Myers v. FDIC*, 512 U.S. 79, 86-87 (1994) ("[T]he FDIC as receiver 'steps into the shoes' of the failed [bank] obtaining the rights of the insured depository institution that existed prior to receivership.") (internal citations omitted).

Courts routinely enter orders substituting the FDIC in cases such as this one. *See, e.g., Yeomalakis v. FDIC*, 562 F.3d 53, 58 (1st Cir. 2009) (appellate court granted motion of FDIC to be substituted for failed institution and stayed case for 90 days); *In re Community Bank of Northern Virginia*, 418 F.3d 277, 293 n.6 (3rd Cir. 2005) ("FDIC succeeded to all 'rights, titles, powers, and privileges of . . . insured depository institution'" and was ordered substituted "as the true party in interest"); *Amerifirst Properties, Inc. v. FDIC*, 880 F.2d 821, 823 n.2 (5th Cir. 1989) (following appointment of FDIC as receiver for insolvent bank, court granted motion to substitute FDIC "as the real party in interest"); *Buczkowski v. FDIC*, 415 F.3d 594, 597 (7th Cir. 2005) ("Any litigant, or the court on its own motion, can substitute the FDIC for the failed bank as a party."); *Phipps v. FDIC*, 417 F.3d 1006, 1009 (8th Cir. 2005) (after briefing, FDIC was appointed Receiver and was granted leave to substitute itself for failed institution as appellee); *see also Village of Oakwood v. State Bank & Trust Co.*, 481 F.3d 364, 368 (6th Cir. 2007) ("Even if a claim arises under state law between a bank and nondiverse plaintiffs, the district court could still exercise jurisdiction if the FDIC, in its capacity as receiver, is substituted as a party for that bank under Fed. R. Civ. P. 25(c).").

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Thus, by virtue of the FDIC's acceptance of the appointment as Receiver for New South, the FDIC has succeeded to "all rights, titles, powers, and privileges" of the failed institution, and it is the proper party to defend against the claims asserted by the plaintiffs in this matter against New South. The Court should therefore enter an order substituting the FDIC in place of New South.

### III. CONCLUSION

For these reasons, the FDIC respectfully requests that the Court enter an order substituting the FDIC as a defendant in the place of New South Federal Savings Bank.

MORRIS PETERSON

By _____
Robert McCoy, No. 9121
Rex D. Garner, No. 9401
Raleigh C. Thompson, No. 11296
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for New South Federal Savings Bank and the Federal Deposit Insurance Corporation, as Receiver for New South Federal Savings Bank

ORDER

IT IS SO ORDERED.
Dated: June 28, 2010.

_____
Robert C. Jones
United States District Judge

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

4