BRYAN CAVE LLP, 00145700
Sean K. McElenney, 9122
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Internet: skmcelenney@bryancave.com

WATSON ROUNDS
Matthew Holland
777 N. Rainbow Boulevard, Suite 350
Las Vegas, NV 89107
Telephone: (702) 636-4902
Facsimile: (702) 636-4904
Internet: mholland@watsonrounds.com

Attorneys for Craig Asset Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BEAZER HOMES HOLDINGS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CW CAPITAL FUND ONE, LLC; CORONADO WEST, INC.; and NEW SOUTH FEDERAL SAVINGS BANK, <br><br> Defendants. | Case No. 2:09-CV-02089-RCJ-LRL <br><br> **AMENDED MOTION TO SUBSTITUTE CRAIG ASSET HOLDINGS, LLC AS PROPER PARTY DEFENDANT, CROSS-PLAINTIFF, AND THIRD-PARTY PLAINTIFF** |

Craig Asset Holdings, LLC, an Alabama limited liability company ("Craig"), moves this Court for entry of an order substituting, pursuant to Fed. R. Civ. P. 24(a)(2), 24(b)(1), and 25(c), Craig as defendant to the claims asserted by Beazer Homes Holding Corp. ("Beazer") and as cross-plaintiff and third-party plaintiff in the claims asserted against CW Capital Fund 1, LLC ("CW"), and John C. Cork ("Cork"), respectively in place of LPP Mortgage Limited ("LPP") in the above-captioned action. This Court previously granted LPP's Motion To Intervene As Defendant And Substitute As Cross-

679209.2

1 Plaintiff And Third-Party Plaintiff ("LPP's Motion") which motion was filed on May 3, 2010, Docket 36.

Beazer and the Federal Deposit Insurance Corporation ("FDIC") (as receiver for New South Federal Savings Bank ("NSFSB")), notably the only parties who have appeared in the above-captioned action, consent to the granting of this motion. Neither CW nor Cork have appeared.

1. In support of its motion, Craig states that it is a limited liability company existing under the laws of the State of Alabama, with a mailing address of P.O. Box 2863, Tuscaloosa, Alabama 35403.

2. Plaintiff Beazer filed this action on October 29, 2009, asserting claims against defendants arising out of a residential real property development where CW was the owner of the property, Beazer was the developer, and NSFSB was the lender to CW for construction finance.

3. Beazer alleges that, in May 2009, CW defaulted under its obligations to Beazer pursuant to the construction agreement between those parties.

4. On December 18, 2009, after this litigation was filed, the FDIC was appointed by the Office of Thrift Supervision ("OTS") as receiver for NSFSB.

5. On March 23, 2010, the FDIC, as receiver for NSFSB, executed an Assignment Of Deed Of Trust And Fixture Filing and "such other documents, agreements, instruments and other collateral that evidence, secure or otherwise relate to the assignor's right, title or interest in and to the Deed of Trust and/or the Note and/or the Loan evidenced by the Note . . . ." ("FDIC Assignment of Deed of Trust") to and in favor of Beal Bank.

6. On March 23, 2010, the FDIC, as receiver for NSFSB, executed an Assignment Of Non-Disturbance, Attornment And Subordination Agreement ("FDIC Assignment of NDSA") to and in favor of Beal Bank, assigning the Non-Disturbance, Attornment And Subordination Agreement ("NDSA") by and among NSFSB, Beazer and CW dated December 20, 2006.

7. On March 23, 2010, Beal Bank and its affiliates executed further assignments whereby they assigned the Deed of Trust and the NDSA such that LPP was the ultimate assignee of the Deed of Trust, the NDSA, and such other documents, agreements, instruments, and other collateral that evidence, secure, or otherwise relate to NSFSB's right, title, or interest in and to the Deed of Trust, and/or the Note, and/or the Loan evidenced by the Note.

8. On October 21, 2010, LPP executed an Assignment Of Deed Of Trust And Fixture Filing ("LLP Assignment of Deed of Trust"), an Assignment Of Non-Disturbance, Attornment And Subordination Agreement (Arden Park, Clark County, Nevada) ("LPP Assignment of NDSA"), and Assignment Of Assignment Of Rights Under Agreement And Proceeds And Interest In Escrow (Arden Park) ("LPP Assignment of Rights") to and in favor of Craig Asset Holdings, LLC. As the assignee of LPP's interest in the Deed of Trust and other loan documents, as well as the NDSA, Craig owns a security interest in the property at issue in this matter and should be substituted for LPP as a defendant to the claims asserted by Beazer in this action. Further, because Craig has been assigned LPP's interest in the loan documents that give rise to the cross-claims and third-party claims for default of those loan documents by CW and Cork, Craig should also be substituted for LPP as the party-in-interest in prosecuting those claims.

9. In further support of this Motion, Craig relies upon the LPP's Motion filed May 3, 2010, and the Declaration of Lisa Cavender, filed in support of LPP's Motion.[1]

10. In further support of its motion, Craig relies on the Amended Declaration of Ralph R. Banks III, filed contemporaneously herewith.

WHEREFORE, Craig Asset Holdings, LLC respectfully requests that this Court grant this motion and enter an order substituting Craig Asset Holdings, LLC in place of LPP Mortgage, Limited as defendant to the claims asserted by Beazer and as cross-plaintiff, and third-party plaintiff.

---

[1] For the Court's convenience, a copy of LPP's Motion and the Declaration of Lisa Cavender are respectfully submitted herewith.

679209.2                                3

| | | |
|---|---|---|
| 1 | DATED: November 2, 2010. | BRYAN CAVE LLP |
| 2 | | By _____ |
| 3 | | Sean K. McElenney<br>Two N. Central Avenue, Suite 2200<br>Phoenix, AZ 85004-4406 |
| 4 | | |
| 5 | | WATSON ROUNDS |
| 6 | | By _____ |
| 7 | | Matthew Holland<br>WATSON ROUNDS |
| 8 | | 777 N. Rainbow Boulevard, Suite 350<br>Las Vegas, NV 89107 |
| 9 | | Telephone: (702) 636-4902<br>Facsimile: (702) 636-4904 |
| 10 | | Internet: mholland@watsonrounds.com |
| 11 | | Attorneys for Craig Asset Holdings, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Robert McCoy<br>MORRIS PETERSON<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | Kirsten A. Roe Worley<br>Watt, Tieder, Hoffar & Fitzgerald, L.L.P.<br>2040 Main Street, Suite 300<br>Irvine, CA 92614 |
| Robert C. Carlson, Esq.<br>Megan K. Dorsey, Esq.<br>Koeller, Nebeker, Carlson & Haluck, LLP<br>300 S. Fourth Street, Suite 500<br>Las Vegas, NV 89101 | Andrew J. Detherage, Esq.<br>Karoline E. Jackson, Esq.<br>Monica Brownewell, Esq.<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-3-10

/s/ Cathy Russell

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

679209.2

4