ANDREW J. DETHERAGE (*pro hac vice*)
KAROLINE E. JACKSON (*pro hac vice*)
MONICA R. BROWNEWELL SMITH (*pro hac vice*)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
andy.detherage@btlaw.com
karoline.jackson@btlaw.com
mbrownewell@btlaw.com

ROBERT C. CARLSON, ESQ. (NSBN No. 8015)
MEGAN K. DORSEY, ESQ. (NSBN 6959)
KOELLER, NEBEKER, CARLSON, & HALUCK, LLP
300 S. Fourth St., Suite 500
Las Vegas, NV 89101
(702) 853-5500
robert.carlson@knchlaw.com
megan.dorsey@knchlaw.com

Attorneys for Plaintiff Beazer Homes Holdings Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEAZER HOMES HOLDINGS CORP.<br><br>vs.<br><br>CW CAPTIAL FUND ONE, LLC; CORONADO WEST, INC.; the FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for NEW SOUTH FEDERAL SAVINGS BANK and CRAIG ASSET HOLDINGS, LLC,<br><br>Defendants. | CASE NO. 2:09-cv-02089-GMN-LRL<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**AND ORDER** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Beazer Homes Holdings Corp. ("Beazer") and Defendants Craig Asset Holdings, LLC ("Craig") and the Federal Deposit Insurance Corporation, as Receiver for New South Federal Savings Bank, ("NSFSB") hereby jointly move the Court for an order dismissing, without prejudice, Beazer's claims against

Craig and NSFSB, Craig's defenses to the same, and Craig's claims against CW Capital Fund One, LLC and John Cork.

Beazer, Craig and NSFSB stipulate that Beazer's claims against Craig and NSFSB and Craig's claims against CW Capital Fund One, LLC and John Cork should be dismissed, without prejudice, each party to pay its own costs and attorney fees.

Beazer's claims against defendants, CW Capital Fund One, LLC and Coronado West, Inc., for which Beazer has been granted a default judgment will remain.

WHEREFORE, Beazer Homes Holdings Corp., Craig Asset Holdings, LLC and the Federal Deposit Insurance Corporation, as Receiver for New South Federal Savings Bank, respectfully request that the Court enter an order dismissing Beazer's claims, without prejudice, against Craig and NSFSB, dismissing Craig's defenses thereto without prejudice, and dismissing Craig's claims, without prejudice, against CW Capital Fund One, LLC and John Cork.

RESPECTFULLY SUBMITTED this 11th day of January, 2011.

/s/ Andrew J. Detherage
ANDREW J. DETHERAGE (*pro hac vice*)
KAROLINE E. JACKSON (*pro hac vice*)
MONICA R. BROWNEWELL SMITH (*pro hac vice*)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
andy.detherage@btlaw.com
karoline.jackson@btlaw.com
mbrownewell@btlaw.com

ROBERT C. CARLSON, ESQ. (NSBN No. 8015)
MEGAN K. DORSEY, ESQ. (NSBN No. 6959)
KOELLER, NEBEKER, CARLSON, & HALUCK, LLP
300 S. Fourth St., Suite 500
Las Vegas, NV 89101
(702) 853-5500
robert.carlson@knchlaw.com
megan.dorsey@knchlaw.com

*Attorneys for Plaintiff Beazer Homes Holdings Corp.*

/s/Sean K. McElenney
Sean K. McElenney
BRYAN CAVE LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ  85004-4406

*Attorneys for Defendant Craig Asset Holdings, LLC*

/s/ Robert McCoy
Robert McCoy
Rex Garner
MORRIS PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for the Federal Deposit Insurance Corporation as Receiver for New South Federal Savings Bank*

### ORDER

Having read the foregoing Joint Motion for Voluntary Dismissal Without Prejudice, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant BEAZER HOMES HOLDINGS CORP's claims against CRAIG ASSET HOLDINGS, LLC and the FEDERAL DEPOSIT INSURANCE CORPORATION, as Received for NEW SOUTH FEDERAL SAVINGS BANK, and CRAIG ASSET HOLDINGS, LLC's defenses to the same, are hereby **DISMISSED, WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that CRAIG ASSET HOLDINGS, LLC's claims against CW CAPITAL FUND ONE, LLC and JOHN CORK, are hereby **DISMISSED, WITHOUT PREJUDICE**.

DATED this 12th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge