UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEAZER HOMES HOLDINGS CORP. | CASE NO. 2:09-cv-02089-GMN-LRL |
| vs. | **ORDER VACATING SETTLEMENT CONFERENCE** |
| CW CAPITAL FUND ONE, LLC; CORONADO WEST, INC.; and the FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for NEW SOUTH FEDERAL SAVINGS BANK, | |
| Defendants. | |

This matter came before the Court on Plaintiff Beazer Homes Holdings Corp's Motion to Vacate Settlement Conference. Being duly advised, the Court now VACATES the settlement conference scheduled for April 8, 2011.

ORDERED THIS 17th DAY OF March, 2011.

_____
U.S. MAGISTRATE JUDGE