UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEAZER HOMES HOLDINGS CORP. | CASE NO. 2:09-cv-02089-GMN-LRL |
| vs. | **ORDER VACATING TRIAL DATE** |
| CW CAPITAL FUND ONE, LLC; CORONADO WEST, INC.; and the FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for NEW SOUTH FEDERAL SAVINGS BANK, | |
| Defendants. | |

This matter came before the Court on Plaintiff Beazer Homes Holdings Corp.'s Motion to Vacate Trial Date. Being duly advised, the Court now VACATES the trial scheduled for April 19, 2011 and all related pretrial deadlines.

**IT IS SO ORDERED** this 29th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge